# United States Bankruptcy Court
## Nevada /Revised

In re  **Maria O Cardenas**　　　　　　　　　　　　　　　　　　　　Case No.  **10-21287**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **7**

## Notice of Change of Address

Debtor's Social Security Number:　　　　**xxx-xx-8555**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:　　**Maria O Cardenas**

Street:　　**3525 Calvert Ct.**

City, State and Zip:　　**Las Vegas, NV 89121**

Telephone #:

**Please be advised that effective _____, 20___,
my (our) new mailing address and telephone number is:**

Name:　　**Maria O Cardenas**

Street:　　**3623 West Ball Rd., #7**

City, State and Zip:　　**Anaheim, CA 92804**

Telephone #:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Maria O Cardenas**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Maria O Cardenas**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor