Entered on Docket
September 29, 2010

*Bruce A. Markell*

Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-4
10-73082

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-21287-bam |
|---|---|
| Maria O. Cardenas | Date: 9/21/2010<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust

1   2007-4, its assignees and/or successors in interest, of the subject property, generally described as 3525

2   Calvert Ct, Las Vegas, NV 89121, and legally described as follows:

3         LOT THREES HUNDRED SIXTY-TWO (362) IN BRAEWOOD HERITAGE NO. 2, AS

4   SHOWN BY MAP THEREOF ON FILE IN BOOK 16 OF PLATS, PAGE 88, IN THE OFFICE OF
THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

5

6         **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

7   **give Debtor at least seven business days' notice of the time, place and date of sale.**

8

9   Submitted by:

10  **WILDE & ASSOCIATES**

11  By:____/s/Gregory L. Wilde, Esq._____
    **Gregory L. Wilde, Esq.**

12  Attorney for Secured Creditor

13  **APPROVED / DISAPPROVED**

14  By:_____

15  Frank J. Sorrentino
    Attorney for Debtor(s)

16  **APPROVED / DISAPPROVED**

17  By:_____

18  Joseph B. Atkins
    Chapter 7 Trustee

19

20

21

22

23

24

25

26

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

__x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x___ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

_/s/ Gregory L. Wilde, Esq._

Gregory L. Wilde, Esq.

Attorney for Secured Creditor